UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN LATHEL JONES,

        Plaintiff,

v.                     Case No. 3:09-cv-1150-J-32JBT

JOHN RUTHERFORD,
etc.; et al.,

        Defendants.

## ORDER

1. Plaintiff shall submit two service copies of his Amended Complaint (Doc. #30) within **THIRTY (30) DAYS** from the date of this Order. Failure to do so may result in the **dismissal** of this action without further notice.

2. Defendant Rutherford's Motion for Leave to Depose Incarcerated Plaintiff (Doc. #27) is **GRANTED**. Accordingly, Defendant Rutherford shall contact the Superintendent of the penal institution to arrange for an appropriate time and place for the deposition.

3. Sheriff John Rutherford's Motion to Dismiss (Doc. #29) the Complaint is **MOOT** because Plaintiff is proceeding on an Amended Complaint.

4. Plaintiff's Motion for Judicial Order Directing Nassau County Sheriff's Detention Center Medical Nurse, Wanda O'Quinn, to Comply with Written Deposition (Doc. #32) is **STRICKEN**. See Plaintiff's Reply to Defendant David King's Motion for Judicial Order and Opposition to Sanctions Sought (Doc. #41) at 3.

5. Plaintiff shall file his response to Sheriff John Rutherford's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #34) within **THIRTY (30) DAYS** from the date of this Order. Failure to do so may result in the **dismissal** of this action without further notice.

6. Consideration of Sheriff John Rutherford's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #34) is **DEFERRED** until after Plaintiff has filed his response thereto.

7. Plaintiff's Motion for Summary Judgment (Doc. #35) is **MOOT** because Plaintiff has filed an Amended Motion for Summary Judgment (Doc. #37).

8. Plaintiff's Amended Motion for Summary Judgment (Doc. #37) is **STRICKEN** for Plaintiff's failure to include a memorandum of legal authority in support of the request as required by Local Rule 3.01(a).

9. Defendant David King's Motion to Stay Plaintiff's Motion for Summary Judgment Pending Completion of Discovery (Doc. #39) and Defendant Rutherford's Motion to Stay Plaintiff's Motion for Summary Judgment Pending Completion of Discovery (Doc. #40) are **MOOT**.

10. Plaintiff's Motion for Appointment of Counsel (Doc. #42) is **DENIED** because this Court is of the opinion there are not exceptional circumstances, such as novel or complex issues or facts, in this action. See Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). Further, Plaintiff has shown he is capable of

prosecuting this action on his own during this stage of the proceedings.

11. The parties are hereby directed to conduct discovery so that the due date of any discovery requested shall be no later than **October 15, 2010**. Any motions relating to discovery shall be filed no later than **TEN (10) DAYS** thereafter.

12. All motions to dismiss and/or for summary judgment shall be filed by **November 15, 2010**. This deadline is also applicable to the filing of any motions or the raising of any affirmative defenses based on qualified immunity.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of July, 2010.

/s/ Joel B. Toomey
JOEL B. TOOMEY
United States Magistrate Judge


ps 7/22
c:
Steven Lathel Jones
Counsel of Record

3