UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN LATHEL JONES,

        Plaintiff,

v.                      Case No. 3:09-cv-1150-J-32TEM

JOHN RUTHERFORD,
etc.; et al.,

        Defendants.

**ORDER**

The Court's Order (Doc. #46) is hereby **VACATED**. See Order of Recusal (Doc. #47).

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of July, 2010.

*/s/ Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

ps 7/27
c:
Steven Lathel Jones
Counsel of Record