# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LEGAL MAIL PROVIDED TO WAKULLA CI ANNEX
OCT 14 2010
FOR MAILING

STEVEN LATHEL JONES
PLAINTIFF

VS.

CASE NO. 3:09-CV-1150-J-32-JRK

JOHN RUTHERFORD et al.,
DEFENDANT(S)

FILED 2010 OCT 20 P 1:76 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE FLORIDA

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT L. M. HARTT FROM CIVIL ACTION WITH PREJUDICE

PLAINTIFF, STEVEN LATHEL JONES, PRO-SE HEREBY MOVES THIS HONORABLE COURT TO DISMISS DEFENDANT, L. M. HARTT, FROM THE CIVIL ACTION IN THIS MATTER WITH PREJUDICE.

ON OCTOBER 13, 2010, PLAINTIFF SPOKE DURING A TELEPHONE CONFERENCE WITH DEFENSE COUNSEL SEAN B. GRANAT, ASSISTANT GENERAL COUNSEL AND THE PARTIES AGREED TO DISMISSAL OF DEFENDANT, L. M. HARTT IN THIS ACTION WITH PREJUDICE.

WHEREFORE, PLAINTIFF REQUEST THAT AN ORDER BY ISSUED DISMISSING DEFENDANT, L. M. HARTT FROM THIS ACTION WITH PREJUDICE.

DONE ON THIS 14th DAY OF OCTOBER, 2010.

RESPECTFULLY SUBMITTED
/S/ _____
STEVEN LATHEL JONES, DC# J21218
WAKULLA CORRECTIONAL ANNEX
110 MELALEUCA DRIVE
CRAWFORDVILLE FLORIDA 32327
RECORD OF PLAINTIFF S.L. JONES
DILO-SG

## DECLARATION OF OATH

Pursuant to Florida Statute § 95.52 (e) and under the penalties of perjury, I declare that I have read the foregoing documents and that the facts are true and correct as set forth and attested to are true and correct.

Executed on this 14th day of OCTOBER, 2010.

/s/ STEVEN LATHEL JONES #J21218

Wakulla Correctional Inst. (Annex)
110 Melaleuca Drive
Crawfordville, Florida 32327

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that the original and a true and correct copy of the foregoing documents has been placed in the hands of institution official to be furnished and forwarded by prepaid First Class U.S. Mail delivery on this 12th day of OCTOBER of 2010 the following: OFFICE OF THE CLERK U.S. DISTRICT COURT 300 N. HOGAN St. Suite 9-150, Jacksonville FLA 32202

ASSISTANT GENERAL COUNSEL, SEAN B. GRANT ESQ., CITY OF JACKSONVILLE, 117 WEST DUVAL St Suite 480 JAX FLA 32202

AND TO: ATTORNEY KEITH C. TISCHLER, ESQ. of JOLLY & PETERSON, P.A. 2145 DELTA BLVD, Suite 200, TALLAHASSEE FLA 32303

ATTORNEY FOR DEFENDANT KING.

/s/ STEVEN LATHEL JONES #J21218
Wakulla Correctional Inst. (Annex)
110 Melaleuca Drive
Crawfordville, Florida 32327

RECORD OF PLAINTIFF S.L JONES
PRO-SE